

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

EL PASO TOOL & DIE CO., INC.,          §          No. 08-19-00087-CV

               Appellant,          §          Appeal from the

v.          §          County Court at Law No. 3

CARLOS MENDEZ,          §          of El Paso County, Texas

               Appellee.          §          (TC# 2017-DCV0027)

§

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 9, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 9, 2019.

IT IS SO ORDERED this 22nd day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.